Ada Giron
15-07521

| Building Address | Mortgage Company | Fair Market Value | Principle Balance | Net Income without Mortgage | Proposed Adequate Protection Payments | Net Income |
|---|---|---|---|---|---|---|
| 1733 W. 19th Street | | 427,130.00 | 0.00 | 3,581.39 | | 3,581.39 |
| 2851 W. Cermak Avenue | | 139,500.00 | 0.00 | 243.91 | | 243.91 |
| 2853 W. Cermak Avenue | Byline | 168,246.00 | 226,455.00 | 900.27 | 985.55 | (85.29) |
| 34242 Vauxhill Drive | | 158,800.00 | 0.00 | 909.35 | | 909.35 |
| 3547 W. 26th Street | Byline | 195,360.00 | 305,745.00 | (1,080.16) | 1,330.62 | (2,410.78) |
| 3811 W. 26th Street | | 202,732.00 | 0.00 | 2,341.13 | | 2,341.13 |
| 4108 Maple Avenue | | 185,314.00 | 0.00 | (933.08) | | (933.08) |
| 4134 Firshermans Terrace | Citimortgage | 175,970.00 | 122,814.00 | (351.81) | 765.83 | (1,117.64) |
| 4626 Lawndale Avenue | Byline | 93,032.00 | 530,514.00 | 2,252.21 | 2,308.83 | (56.62) |
| 50438 51st Avenue | | 294,230.00 | 0.00 | (630.02) | | (630.02) |
| 9437 Burlington Avenue | Byline | 126,800.00 | 228,137.00 | 1,362.05 | 992.87 | 369.18 |
| Totals | | 2,167,114.00 | 1,413,665.00 | 8,595.24 | 6,383.70 | 2,211.54 |

Personal Living Expenses  1,189.89
Projected Attorney Fees/Plan Payments  1,000.00

Total Payments to Secured Creditors
Byline  5,617.87
Citimortgage  765.83

Monthly Disposable Income  21.65

## 4134 Fisherman

| Rent Roll | Unit | Tenant | Rent Amount | Paid On | Utilities |
|---|---|---|---|---|---|
| | #1 | Vacant | $ - | | Landlord Paid due to vacancy |
| | #2 | Alfredo Martinez | $ 775.00 | 1st of the month | Tenant pays utilities |

Total Income         1000

| Utilities | | February | March |
|---|---|---|---|
| | Light | NA | NA |
| | Gas | NA | $ 131.36 |
| | Water | NA | NA |
| | Garbage | None | None |

| Taxes | | 2013 | 2014 |
|---|---|---|---|
| | | $ 6,617.00 | $ 7,081.31 |

| Insurance | $96.42 per month |
|---|---|

| Repairs | $3,350.00 | Repairs |
|---|---|---|
| | $ 357.00 | Appliance |

Total Expenses         1,351.81

Net Income             -351.81