# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 15 B 07521 |
| ADA A. GIRON, | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on October 13, 2015, at 10:00 a.m., the undersigned will appear before the Honorable Donald R. Cassling, Bankruptcy Judge at 219 S. Dearborn, Room 619, Chicago, Illinois and will then and there present the attached <u>MOTION TO EMPLOY ATTORNEYS AHMAD T. SULAIMAN, MOHAMMED BADWAN, PAUL M. BACH, and PENELOPE N. BACH</u>, at which time you may appear if you so choose.

BY:   /S/ PENELOPE BACH, OF COUNSEL
SULAIMAN LAW GROUP
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6284659

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) NO. 15 B 07521 |
| ADA A. GIRON, | ) |
| | ) |
| | ) Chapter 11 |
| Debtors | ) |
| | ) |
| | ) Honorable Judge Donald R. Cassling |
| | ) |

## MOTION TO EMPLOY ATTORNEYS AHMAD T. SULAIMAN, MOHAMMED BADWAN, PAUL M. BACH, AND PENELOPE N. BACH

NOW COMES, the Debtor, Ada Giron, by and through their attorneys Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach, and Penelope N. Bach of Sulaiman Law Group, Ltd. and pursuant to 11 USC 327 and Federal Rule of Bankruptcy Procedure 2014 moves this Honorable Court for authority to retain counsel for the Debtor/Debtor in Possession, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on March 3, 2015.

2. Applicant requires the assistance of counsel to represent the Debtor in matters concerning negotiation with creditors, preparation of a plan and disclosures statement, examining and resolving claims filed against the estate, preparation and prosecution of adversary matters, and otherwise to represent Debtor in matters before this Court. The Debtor is not experienced in Chapter 11 matters and requires the expertise of counsel.

3. It is in the best interest of this estate and its economical administration that Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach, and Penelope N. Bach of Sulaiman Law Group, Ltd.be authorized to act as attorneys for the Debtor effective March 3, 2015.

4. Each of the attorneys and firms listed above are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this area and each has a particular expertise with regard to bankruptcy, corporate reorganization and debtor/creditor matters in cases under the Bankruptcy Code.

5. The normal billing rate for attorney Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach at Sulaiman Law Group, Ltd. for this matter is $425.00 per hour. $29,217.00 was paid to retain Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach at Sulaiman Law Group, Ltd. $6,281.00 was paid for pre-petition work performed from May 2013 up to date of filing, $1,717.00 was paid for the filing fee and $110.00 was used for due diligence requirements leaving a retainer of $21,109.00.

6. It is contemplated that each of the attorneys on behalf of Sulaiman Law Group, Ltd will seek compensation based upon normal and usual billing rates. It is further contemplated that said law firm will seek interim compensation as permitted by 11 USC 330 & 331.

WHEREFORE, the Debtor, Ada Giron prays that Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach, and Penelope N. Bach of Sulaiman Law Group, Ltd. be authorized to act as attorneys for the Debtors with compensation effective March 3, 2015 for such legal services to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow and for any further relief that this court deems just.

> Respectively Submitted,
>
> Ada Giron
> By: /s/ Penelope N. Bach

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: PnBach@Sulaimanlaw.com