**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 15 B 07521 |
| ADA A. GIRON, | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

### DECLARATION OF PAUL M. BACH

I, Paul M. Bach, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants;  I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter;  I have not represented or had any contact with the Debtor, or the Debtor's accountants prior to the Debtor consulting with Sulaiman Law Group, Ltd. about filing bankruptcy and retaining this law firm; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee.  No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2015.

_____
Paul M. Bach

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 15 B 07521 |
| ADA A. GIRON, | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

## DECLARATION OF AHMAD T. SULAIMAN

I, Ahmad T. Sulaiman, declare:

1.  I am a member of the law firm Sulaiman Law Group, Ltd.

2.  Applicants and other members and associates of Sulaiman Law Group, Ltd are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3.  To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4.  Besides what is stated above, I have not represented or had any contact with the Debtor's accountants prior to the Debtor consulting with me about foreclosure assistance, filing bankruptcy and retaining my law firm. My initial retainer was paid in the amount of $29,217.00.   $6,281.00  was paid for pre-petition work performed, $1,717.00 was paid for the filing fee and $110.00 was used for due diligence requirements leaving a retainer of $21,109.00.

5.  Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

6.  I have had contacts with attorneys for certain creditors in other cases as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2015.

Ahmad T. Sulaiman

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re:                          )
                                )   NO. 15 B 07521
ADA A. GIRON,                   )
                                )
                                )   Chapter 11
         Debtors                )
                                )
                                )   Honorable Judge Donald R. Cassling
                                )

## DECLARATION OF MOHAMMED BADWAN

I, Mohammed Badwan, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I have not represented or had any contact with the Debtor, or the Debtor's accountants prior to the Debtor consulting with Sulaiman Law Group, Ltd. about filing bankruptcy and retaining this law firm; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2015.

_____
Mohammed Badwan

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

In Re:                                    )
                                          )       NO. 15 B 07521
ADA A. GIRON,                             )
                                          )
                                          )       Chapter 11
         Debtors                          )
                                          )
                                          )       Honorable Judge Donald R. Cassling
                                          )

## DECLARATION OF PENELOPE N. BACH

I, Penelope N. Bach, declare:

1. I am Of Counsel of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I have not represented or had any contact with the Debtor, or the Debtor's accountants prior to the Debtor consulting with Sulaiman Law Group, Ltd. about filing bankruptcy and retaining this law firm; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2015.

_____
Penelope N. Bach