Sulaiman Law Group Ltd.
Paul M. Bach
900 Jorie Blvd Suite 150
Oak Brook, IL  60523

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  Ada A. Giron | CASE NO: 15-07521 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/2/2015, I did cause a copy of the following documents, described below,

Motion to Employ Attorneys,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 10/2/2015

/s/ Paul M. Bach
Paul M. Bach  6209530
Sulaiman Law Group Ltd.
900 Jorie Blvd Suite 150
Oak Brook, IL  60523
630 575 8181
Paul.Bach@sulaimanlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Ada A. Giron | CASE NO: 15-07521 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/2/2015, a copy of the following documents, described below,

Motion to Employ Attorneys,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sulaiman Law Group Ltd.
Paul M. Bach
900 Jorie Blvd Suite 150
Oak Brook, IL  60523

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 0752-1 CASE 15-07521 NORTHERN DISTRICT OF ILLINOIS CHICAGO THU OCT 1 15-21-22 CDT 2015 | CMI ASF U.S. BANK NATIONAL ASSOCIATION AS TR CO CODILIS & ASSOCIATES P.C. 15W030 NORTH FRONTAGE ROAD SUITE 100 BURR RIDGE IL 60527-6921 | CITIMORTGAGE INC. CODILIS AND ASSOCIATES P.C. 15W030 N. FRONTAGE ROAD SUITE 100 BURR RIDGE IL 60527-6921 |

*EXCLUDE*

| | | |
|---|---|---|
| ~~U.S. BANKRUPTCY COURT~~ ~~EASTERN DIVISION~~ ~~219 S DEARBORN~~ ~~7TH FLOOR~~ ~~CHICAGO IL 60604-1702~~ | AMERICAN EXPRESS PO BOX 3001 16 GENERAL WARREN BOULEVARD MALVERN PA 19355-1245 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| AMSTEIN & LEHR LLP 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO IL 60606-3941 | BYLINE BANK FKA NORTH COMMUNITY BANK CO KEVIN H. MORSE ARNSTEIN & LEHR LLP 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO ILLINOIS 60606-3941 | CITIMORTGAGE INC AS US BK NATL ASSOC AS TRUS CITI MORTGAGE INC P O BOX 6030 SIOUX FALLS SD 57117-6030 |
| CITIMORTGAGE INC. 1000 TECHNOLOGY DRIVE O FALLON MO 63368-2240 | COOK COUNTY CLERK 118 N. CLARK STREET ROOM 434 CHICAGO IL 60602-1413 | COOK COUNTY CLERK 69 W. WASHINGTON SUITE 500 CHICAGO IL 60602-3030 |
| COOK COUNTY TREASURER'S OFFICE 118 NORTH CLARK STREET ROOM 112 CHICAGO IL 60602-1590 | DEPARTMENT OF EDUCATION 121 S. 13TH STREET LINCOLN NE 68508-1904 | DEPARTMENT OF EDUCATION FEDLOAN SERVICING PO BOX 530210 ATLANTA GA 30353-0210 |
| EQUIFAX INFORMATION SERVICES LLC 1550 PEACHTREE STREET NW ATLANTA GA 30309 | EXPERIAN INFORMATION SOLUTIONS INC. 475 ANTON BOULEVARD COSTA MESA CA 92626-7037 | LAWRENCE TOWNSHIP PO BOX 442 LAWRENCE MI 49064-0442 |
| NAVIENT PO BOX 9500 WILKES BARRE PA 18773-9500 | NAVIENT SOLUTIONS INC. 220 LASLEY AVE WILKES-BARRE PA 18706-1430 | NORTH COMMUNITY BANK 3639 N BROADWAY CHICAGO IL 60613-4489 |
| NORTH COMMUNITY BANK 3639 NORTH BROADWAY CHICAGO IL 60613-4489 | PEOPLES GAS ATTENTION- BANKRUPTCY DEPARTMENT 130 E. RANDOLPH 17TH FLOOR CHICAGO IL 60601-6207 | TRANS UNION LLC P.O. BOX 2000 CHESTER PA 19016-2000 |
| US DEPARTMENT OF EDUCATION 400 MARYLAND AVENUE SW WASHINGTON DC 20202-0001 | US DEPARTMENT OF EDUCATION CAPITOL PLACE 555 NEW JERSEY AVE NW WASHINGTON DC 20208-0003 | US DEPARTMENT OF EDUCATION PO BOX 16448 SAINT PAUL MN 55116-0448 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*DEBTOR*

| | | |
|---|---|---|
| US DEPARTMENT OF EDUCATION<br>POTOMAC CENTER PLAZA (PCP)<br>550 12TH STREET SW<br>WASHINGTON DC 20202-0031 | ADA A. GIRON<br>3547 W. 26TH STREET<br>CHICAGO IL 60623-3913 | PATRICK S LAYNG<br>OFFICE OF THE U.S. TRUSTEE REGION 11<br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO IL 60604-2027 |
| PAUL M BACH<br>BACH LAW OFFICES<br>P.O. BOX 1285<br>NORTHBROOK IL 60065-1285 | PAUL M BACH<br>SULAIMAN LAW GROUP LTD.<br>900 JORIE BOULEVARD<br>SUITE 150<br>OAK BROOK IL 60523-3810 | PENELOPE N BACH<br>SULAIMAN LAW GROUP LTD.<br>900 JORIE BOULEVARD<br>SUITE 150<br>OAK BROOK IL 60523-3810 |