UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 15-07521
ADA GIRON )
)
)  Chapter: 11
)
)  Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER AUTHORIZING DEBTORS TO EMPLOY ATTORNEYS

THIS CAUSE coming on to be heard, on the application of Ada Giron, Debtor and Debtor in Possession, to employ attorneys, due notice having been given and the Court being advised in the premises;

IT IS THEREFORE SO ORDERED that the Debtor is authorized to employ Ahmad T. Sulaiman, Mohammad Badwan, Paul M. Bach, and Penelope N. Bach, as her attorneys in this case effective March 3, 2015, with compensation for said attorneys to be determined by the Court upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 13, 2015

**Prepared by:**

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: PnBach@Sulaimanlaw.com