UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-07521 |
| Ada A. Giron ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION FOR ORDER APPROVING AND/OR AUTHORIZING THE SALE OF 9437 BURLINGTON AVENUE, BROOKFIELD, ILLINOIS TO JULIO GIRON, SR.**

   This matter having come before the Court on the Debtor's Motion ("the Motion")for Order (A) Approving and/or Authorizing (I) the sale of that certain Real Property commonly known as 9437 Burlington Avenue, Brookfield, Illinois, (the "Burlington Property"), as more specifically described in the Motion; and (II) for Shorten Notice due Proof of Service of all parties entitled to Notice having been given, the Court being advised, therefore, it is hereby

ORDERED that the relief requested in the Motion is granted, subject in all respects to the terms and conditions contained in this Order; and it is further

ORDERED that the Debtor is authorized and directed to sell the Burlington Property, including the land as more particularly described in the Contract, the improvements thereon, and all personal property specified in the Contract to Julio Giron, Sr. pursuant to Section 363(b) of the Bankruptcy Code; and it is further

   ORDERED that the transfer of the Burlington Property to Julio Giron, Sr. pursuant to the Contract as approved by this Order (a) is or shall be a legal, valid, and effective transfer of the Burlington Property; authorized and directed pursuant to the Bankruptcy Code, and (b) vests or shall vest Julio Giron, Sr. with all right, title, and interest of the Debtor in and to the Burlington Property and, subject to payment in full of Byline Bank Mortgage, free and clear of all liens, claims and encumbrances (other than Julio Giron, Sr.'s obligations), the mortgage of Byline Bank, to the full extent of Section 363 of the Bankruptcy Code; and it is further

   ORDERED that the sale of the Burlington Property to Julio Giron, Sr. is authorized to occur on substantially the same terms and conditions set forth in the Contract accepted on September 9, 2015 between the Debtor and Julio Giron, Sr., subject to the modifications stated herein, which shall include the following terms and conditions:

   a. The Debtor shall sell the bankruptcy estate's interest in the Burlington Property to Julio Giron, Sr. on an "AS IS, WHERE IS" basis, free and clear of any liens, claims, interests, assessments and encumbrances, pursuant to 11 U.S.C. § 363, with any valid liens, claims, interests, assessments and encumbrances (which valid liens and interests shall include the mortgage lien of Byline Bank), shall attach to the proceeds of sale to the fullest extent under Section 363(f) of the Bankruptcy Code (provided, that it is agreed that Debtor may transfer the Burlington Property described in the Contract subject to the Permitted Exceptions described in the Contract, which Permitted Exceptions may have been extinguished pursuant to this Order, but which extinguishment or non-extinguishment is not a

condition precedent to Purchasers' obligation to close under the Contract);

  b. Julio Giron, Sr. shall pay Debtor the sum of Two Hundred Forty Thousand Dollars ($240,000.00) (the "Purchase Price") to purchase the Burlington Property upon the closing of the transactions under the Contract, subject to adjustments and pro-rations as set forth in the Contract, as follows:
 (i)  Julio Giron, Sr. has paid an initial earnest money deposit in the amount of One Thousand Dollars ($1,000.00), which amount shall be contributed toward Julio Giron, Sr.'s obligation to pay the Purchase Price under the Contract.
 (ii) The balance of the Purchase Price, subject to pro-rations and adjustments as set forth in the Contract, shall be paid at closing and distributed (or caused to be distributed) as set forth in this Order.

c. Upon receipt of the Purchase Price and upon satisfaction of the terms and conditions of the Contract, Debtor shall convey all of its interest in the Burlington Property to Julio Giron, Sr. by Deed; and it is further

ORDERED that the Debtor has and had (i) full power and authority to execute the Contract and all other documents contemplated thereby and the sale of the Burlington Property, all appropriate action has been taken by the Debtor and no further consents or approvals are required for consummation of the Contract; and it is further

ORDERED that the Debtor is authorized to and shall pay and/or satisfy at closing (and shall cause any title company or other closing agent handling the closing of the transactions under the Sale Contract to pay), from the Purchase Price, in order of priority, (i) reasonable closing costs; (ii) any and all taxes and outstanding sewer and other utility liens running with the Burlington Property as provided under the Contract;(iii) the balance of the mortgage lien to Byline Bank; it is further

   ORDERED that this Court retains jurisdiction to interpret, enforce and implement the terms and provisions of the Contract, including all attachments thereto, all amendments thereto, any waivers and consents thereunder, and of each of the documents executed in connection therewith in all respects, including, but not limited to, retaining such jurisdiction to (a) compel delivery of the Burlington Property to Julio Giron, Sr., (b) resolve any disputes arising under or related to the Contract, (c) interpret, implement, and enforce the provisions of this Sale Order, and (d) protect Julio Giron, Sr. against any Claims against or encumbrances on or in the Burlington Property; and it is further

   ORDERED that Sulaiman Law Group, Ltd. is authorized to represent the Debtor (Sellor) in the related closing for the flat rate of $1,000.00; and it is further

   ORDERED that any proceeds from the sale shall be tendered to Byline Bank at closing.

Enter:  /s/ Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  October 20, 2015

**Prepared by:**

Mr. Paul M. Bach, Esq., Of Counsel
Ms. Penelope N. Bach., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150