UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Ada A. Giron<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  15-07521<br><br>Chapter: 11<br>Honorable Donald R. Cassling |

**SEVENTH INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363(C)(2) AND BANKRUPTCY RULE 4001(b) AS TO NORTH BANK RELATING TO MOTION FOR ORDER PERMITTING DEBTOR TO USE CASH COLLATERAL BELONGING TO CITIMORGAGE, INC. REGARDING 4134 FISHERMANS TERRACE, LYONS, ILLINOIS (ORGINAL MOTION DOCKET 23)**

This matter coming to be heard on the Motion of the Debtors, ADA A. GIRON's Motion for Use of Cash Collateral, pursuant to Section 363(c)(2)of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) due proof of service to all parties entitled to notice the court being advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

a) The Debtors are authorized to use cash collateral of Citimortgage, Inc. as to the real estate commonly known as 4134 Fishermans Terrace, Lyons, Illinois upon the terms and conditions contained in this order;

b) Citimortgage, Inc. is hereby granted replacement liens in the real estate commonly known as 4134 Fishermans Terrace, Lyons, Illinois and the rents received by the Debtor in that real estate;

c) The liens and security interest granted herein to Citimortgage, Inc. shall have the same validity, perfection, and enforceability as the pre petition liens held by Citimortgage, Inc. without and further action by the Debtor or Citimortgage, Inc. and without executing or recording any financing statements, security agreements or other documents;

d) The Debtor shall maintain adequate property insurance on 4134 Fishermans Terrace, Lyons, Illinois which lists Citimortgage, N.A. as a lienholder;

e) Beginning with the entry of this order and continuing the 1st of each month thereafter until further order of Court, the Debtor shall make adequate protection payments to Citimortgage, Inc. in the amount consistent with the underlying loan documents;

f) Subject to the terms and conditions contained in this Order, the Debtors may use cash and cash collateral to the extent set forth to and including January 6, 2016.

g) The court retains jurisdiction as to how the adequate protection payments authorized in this Order or subsequent orders are allocated.

h) Status is set for January 5, 2016 at 10:00 am. *in courtroom 619*.

Rev: 20130104_bko

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: 12-1-15

**Prepared by:**
Mr. Paul M. Bach, Esq., Of Counsel
Ms. Penelope N. Bach., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181