UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Ada A. Giron<br><br><br><br><br>Debtor(s) | BK No.: 15-07521<br><br>Chapter: 11<br>Honorable Donald R. Cassling |

**EIGHTH INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363(C)(2) AND BANKRUPTCY RULE 4001(b) WITH REGARD TO 2851 WEST CERMAK ROAD, CHICAGO, IL AND 4626 WEST LAWNDALE AVENUE, LYONS, IL (ORIGINAL MOTION DOCKET NUMBER 10)**

This matter coming to be heard on the Motion (the "Motion") of ADA A. GIRON (the "Debtor") for Use of Cash Collateral, pursuant to Section 363(c)(2) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) due proof of service to all parties entitled to notice the court being advised,

IT IS HEREBY ORDERED that:

a) The Debtor is authorized to use the Cash Collateral (as defined below) of Keycorp Real Estate Capital Markets, Incl ("Keycorp") as to the real property commonly known as 2851 West Cermak Road, Chicago, Illinois and 4626 West Lawndale Avenue, Lyons, Illinois (collectively, the "Real Property") upon the terms and conditions contained in this order;

b) Keycorp is hereby granted replacement liens in the Real Property and the cash, rents, accounts receivable, cash equivalents, and cash collateral as defined in section 363(a) of the Bankruptcy Code (collectively, the "Cash Collateral") received by the Debtor from the Real Property;

c) The liens and security interest granted herein to Keycorp shall have the same validity, perfection, and enforceability as the prepetition liens held by Keycorp without any further action by the Debtor or Keycorp and without executing or recording any financing statements, security agreements or other documents;

d) The Debtor shall maintain adequate property insurance on the Real Property listing Keycorp as a lienholder;

e) Beginning with the entry of this order and continuing the 1st of each month thereafter until further order of Court, the Debtor shall make adequate protection payments to Keycorp as to the Real Property in the amount of $3,087.00 per month;

f) Subject to the terms and conditions contained in this Order, the Debtor may use Cash Collateral to the extent set forth in the budget attached to the Motion through and including January 6, 2016;

g) Nothing contained in this Order or Keycorp's consent to the use of Cash Collateral pursuant to this Order shall constitute a determination that Keycorp is not entitled to additional adequate protection going forward for continued use of the Cash Collateral. This Order shall not constitute a finding by the Court that Keycorp's interests in the Cash Collateral are "adequately protected" within the meaning of

sections 361 and 363 of the Bankruptcy Code. Nothing in this Order, the Motion, or the budget attached to the Motion shall constitute a waiver or estoppel with respect to collateral values or adequate protection based thereon.

h) The Court retains jurisdiction as to all matters set forth in this Order, including, but not limited to, the continued use of cash collateral and how adequate protection payments authorized in this Order or subsequent orders are allocated.

i) The Motion is continued for status to January 5, 2016 at 10:00 a.m. *in courtroom 619.*

Enter:

Donald R. Cassling
United States Bankruptcy Judge

Dated: 12-1-15

**Prepared by:**
Mr. Paul M. Bach, Esq., Of Counsel
Ms. Penelope N. Bach., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

Rev: 20130104_bko

Ada Giron
Budget Summary
15-07521

| | Byline Bank | Key Bank |
|---|---|---|
| **Gross Income** | | |
| 4626 Lawndale Avenue, Lyons | | $5,545.00 |
| 2853 W. Cermak Avenue, Chicag | $1,325.00 | |
| 2851 W. Cermak Avenue, Chicago | | $1,000.00 |
| 9437 Burlington Avenue, Brookfield, IL | $2,300.00 | |
| 3547 W. 26th Street, Chicago | $1,000.00 | |
| **Total Income** | **$4,625.00** | **$6,545.00** |
| | | |
| **Total Expenses** | | |
| **Adequate Protection** | **$2,851.00** | **$3,087.00** |
| 4626 Lawndale Avenue, Lyons | | $1,654.96 |
| 2853 W. Cermak Avenue, Chicag | $181.50 | |
| 2851 W. Cermak Avenue, Chicago | | $531.76 |
| 9437 Burlington Avenue, Brookfield, IL | $734.19 | |
| 3547 W. 26th Street, Chicago | $1,129.69 | |
| **Total Expenses** | **$4,896.38** | **$5,273.72** |
| | | |
| **Net Income** | **-$271.38** | **$1,271.28** |