UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   15-07521
Ada A. Giron                              )
                                          )
                                          )          Chapter:  11
                                          )          Honorable Donald R. Cassling
                                          )
                                          )
~~Final~~   Debtor(s)                     )

### ~~TWELFTH~~ *Final* INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363(C)(2) AND BANKRUPTCY RULE 4001(b) AS TO NORTH BANK RELATING TO MOTION FOR ORDER PERMITTING DEBTOR TO USE CASH COLLATERAL BELONGING TO CITIMORGAGE, INC. REGARDING 4134 FISHERMANS TERRACE, LYONS, ILLINOIS (ORGINAL MOTION DOCKET 23)

This matter coming to be heard on the Motion of the Debtors, ADA A. GIRON's Motion for Use of Cash Collateral, pursuant to Section 363(c)(2)of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) due proof of service to all parties entitled to notice the court being advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

a) The Debtors are authorized to use cash collateral of Citimortgage, Inc. as to the real estate commonly known as 4134 Fishermans Terrace, Lyons, Illinois  upon the terms and conditions contained in this order;

b) Citimortgage, Inc. is hereby granted replacement liens in the real estate commonly known as 4134 Fishermans Terrace, Lyons, Illinois and the rents received by the Debtor in that real estate;

c) The liens and security interest granted herein to Citimortgage, Inc. shall have the same validity, perfection, and enforceability as the pre petition liens held by Citimortgage, Inc. without and further action by the Debtor or Citimortgage, Inc. and without executing or recording any financing statements, security agreements or other documents;

d) The Debtor shall maintain adequate property insurance on 4134 Fishermans Terrace, Lyons, Illinois which lists Citimortgage, N.A. as a lienholder;

e) Beginning with the entry of this order and continuing the 1st of each month thereafter until further order of Court, the Debtor shall make adequate protection payments to Citimortgage, Inc. in the amount consistent with the underlying loan documents;

f) Subject to the terms and conditions contained in this Order, the Debtors may use cash and cash collateral to the extent set forth to ~~and including September 30, 2016.~~ *Confirmation.*

g) The court retains jurisdiction as to how the adequate protection payments authorized in this Order or subsequent orders are allocated.

h) Status is set for October 18, 2016 at 10:00 a.m.

Enter: *Donald R. Cassling*

United States Bankruptcy Judge

Dated:    **3 0 AUG 2016**

**Prepared by:**
Mr. Paul M. Bach
Ms. Penelope N. Bach
Bach Law Offices
PO Box 1285
Northbrook, IL 60065
847-564-0808

# 4134 Fisherman

| Rent Roll | Unit | Tenant | Rent Amount | Paid On | Utilities |
|---|---|---|---|---|---|
| | #1 | Vacant | $     - | | Landlord Paid due to vacancy |
| | #2 | Alfredo Martinez | $   775.00 | 1st of the month | Tenant pays utilities |

Total Income                                          1000

| Utilities | | February | March |
|---|---|---|---|
| | Light | NA | NA |
| | Gas | NA | $   131.36 |
| | Water | NA | NA |
| | Garbage | None | None |

| Taxes | | 2013 | 2014 |
|---|---|---|---|
| | | $   6,617.00 | $   7,081.31 |

| Insurance | $96.42 per month |
|---|---|

| Repairs | $3,350.00 | Repairs |
|---|---|---|
| | $   357.00 | Appliance |

**Total Expenses**          1,351.81

**Net Income**              -351.81