Ada Giron
15-07521

**Plan Payment Report**

| Class 1 - Citimortgage | Monthly Payments Made | | | | |
|---|---|---|---|---|---|
| Class 2 - Byline | Wire Transfers Received Timely | | | | |
| Class 3 - Waterfall | Wire Transfers Received Timely | | | | |
| Class 4 - Cook County | Paid prior to Confirmation at Real Estate Closings | | | | |
| Count 5 - Lawrence Township | Paid prior to Confirmation at Real Estate Closings | | | | |
| Class 6 - General Unsecured | | | | | |
| Navient | $ | 10,024.40 | PD 12/21/2016 | | |
| American Express | $ | 2,013.49 | PD 12/12/2016 | | |
| Peoples Gas | Zero Balance | | | | |

1/17/2017

Print

**Subject:** Fwd: Navient Account Information

**From:** Ada Girón (adagiron10@yahoo.com);

**To:** gpgarciagiron@yahoo.com;

**Date:** Wednesday, December 28, 2016 9:40 AM

Sent from my iPad

Begin forwarded message:

**From:** Navient <CUSTOMERSERVICE@NAVIENT.COM>
**Date:** 22 de diciembre de 2016, 2:58:41 a.m. GMT-6
**To:** ADAGIRON10@YAHOO.COM
**Subject: Navient Account Information**
**Reply-To:** CUSTOMERSERVICE@NAVIENT.COM

# NAVIENT®
Thank you for your payment!

Dear Ada,

Your recent payment has posted to your loan(s).

| Date Posted: | 12/21/2016 |
|---|---|
| Payment Amount: | $10,024.40 |

To view your payment history, log in to your account at Navient.com.

Thanks again for your payment.

Sincerely,

JAN-18-2017 08:08 From:                                To:18474164755           Page:4
1/17/2017                    Fifth Third Bank | Summary | Account Activity

# FIFTH THIRD BANK

| SUMMARY | MAKE PAYMENTS | TRANSFER FUNDS | SERVICE CENTER |

Tuesday, January 17, 2017    Log Out

**Welcome, ADA A GIRON GIRON BUILDING**

## Item Information

Return To Activity    View Front Only    Printer Friendly Version (PDF Document)

**Check # 1383**    Posted Date: 12/21/2016    Action:

**Amount:** $10,024.40
**Account:** 5/3 BUSINESS STANDARD CHECKING CHECKING (XXXX9998)

[Image of check #1383 from ADA A. GIRON, dated 12/15/16, pay to the order of Margaret, Ten Thousand Twenty Four & 40/100 dollars, $10,024.40, signed Ada A Giron, Fifth Third Bank]

WITHIN NAMED PAYEE
[endorsement stamp] A/C 41221809946

https://www.53.com/olb/account/transactionInformation.html?imageDisplay=BOTH&rowNum=10&accountIndex=1&stmtPeriod=1    1/2

1/17/2017 Fifth Third Bank | Summary | Account Activity

Tuesday, January 17, 2017

# FIFTH THIRD BANK

Log Out

SUMMARY | MAKE PAYMENTS | TRANSFER FUNDS | SERVICE CENTER

## Welcome, ADA A GIRON GIRON BUILDING

### Item Information

Return To Activity  View Front Only

**Check #** 1382

**Amount:** $2,013.49
**Account:** 5/3 BUSINESS STANDARD CHECKING CHECKING (XXXX9998)

Printer Friendly Version (PDF Document)

Action:

Posted Date: 12/20/2016



https://www.53.com/olb/accounttransactioninformation.html?imageDisplay=BOTH&rowNum=12&accountIndex=1&stmtPeriod=1

1/2



# PEOPLES GAS
## NATURAL GAS DELIVERY

October 28, 2016

00000254
PLNPA07

RE: ACCT NO  5-5000-1873-1410
3547 W 26TH ST

LIBRERIA GIRON OR CURRENT RESIDENT
3547 W 26TH ST FL 2
CHICAGO IL 60623-3913

Dear Ada Giron:

You recently requested credit information on your natural gas account.

Your account currently has a zero balance. This assumes sufficient funds are available for any recent payments made to us by check that may not have cleared your bank. This document provides your account information as of the date of this letter.

If you have questions, please call 866-556-6001, Monday through Friday from 7:00 a.m. to 7:00 p.m., and on Saturday from 7:00 a.m. to 3:00 p.m. Thank you for your business.

Sincerely,

Customer Service
Peoples Gas

---

*Peoples Gas has a zero balance*

LCC122 091016

1/17/2017 Print

**Subject:** RE: Byline Addre:

**From:** Lawrence Teter(xr@brhea.hm•

**To:** gpgarciagiron@ya.com

**Cc:** khmorse@arnst•com

**Date:** Tuesday, December 2), 20% 1:Evl

Thank you. (Checks rec:rel

Have a Merry Christmas afé rainic Tiday Season.

**From:** Lawrence Teter
**Sent:** Tuesday, December 13, 22E 1 10 !M
**To:** Gladys Garcia
**Subject:** RE: Byline Address

Thank you. Not a problem every mc :pected.

**From:** Gladys Garcia [mailto:garciagion@aa.on]
**Sent:** Tuesday, December 13, 2.1E.1 00 AM
**To:** Lawrence Teter
**Subject:** Re: Byline Address

Thanks Larry most likely ?.. sen it u iore Friday.

Sent from my iPhone

about:blank 1/3

JAN-18-2017 08:10 From: To:18474164755 Page:8

This confirms your redemption. Carefully review all the information to ensure that we have acted on your instructions properly. You must notify us in writing of an error within 30 days of the redemption, or you will be deemed to have ratified the redemption.

DETACH THIS CONFIRMATION AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING CHECK

SECURITY NOTE: The face of this document is green on white paper. See reverse side for additional security features.

REDEMPTION CHECK

American Century Investments®
P.O. Box 419200, Kansas City, MO 64141-6200
ULTRA

FUND NO: 022
DATE: 1/3/2016
CHECK NUMBER: 226755

***$78,563.60*

PAY: ---Seventy Eight Thousand Five Hundred Sixty Three Dollars And 60 Cents

To The Order Of:
ADA A GIRON
3547 W 26TH ST
CHICAGO IL 60623-3913

PAYABLE AT

CMA XXX-X2953

**Advice, planning and support**
Always remember, your Merrill Lynch Financial Advisor is available to help you reach your financial goals.

RIBORDY GROUP
(800) 726-8846

As you requested, we have sent out a wire transfer from your account. Please take a moment to review the transfer details below.

| TRANSFER DATE | WIRE TRANSFER AMOUNT | TRANSFERRED TO |
|---|---|---|
| 12/30/16 | $ 90,000.00 | KEYBANK NATIONAL ASSOCIATION<br>KCM PAYMENT CLEARING<br>4910 TIEDEMAN ROAD<br>359951013036 |

If you didn't request this transfer, please contact us immediately.

**When you have questions, you have options**
Please contact your Merrill Lynch Financial Advisor or call (800) MERRILL (637-7455).